```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIANFENG CHEN,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>   Defendants. | CASE NO. 4:20-cv-5254-DMR<br><br>**STIPULATION TO REVISED BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S MOTION FOR FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER (AS MODIFIED)**<br><br>Hon. Donna M. Ryu |

Subject to the Court's approval, Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' request to revise the current briefing and hearing schedule on Plaintiff's motion for fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), Dkt. No. 33. In support of this request, the parties state the following:

1. On December 17, 2021, Plaintiff filed a motion for EAJA fees and costs, setting the following briefing schedule and hearing date: (1) Defendants' response due by January 3, 2022; (2) Plaintiff's reply due by January 10, 2022; and (3) hearing date on January 25, 2022. *See* Dkt. 33.

2. Defendants are in the process of reviewing Plaintiff's motion but will need additional time to determine their litigation position. Plaintiff has consented to a fifteen-day extension of time for Defendants' response to Plaintiff's EAJA motion.

3. Accordingly, the parties agree to the following revised briefing schedule and hearing date

for Plaintiff's EAJA motion:  (1) Defendants' response due by January 18, 2022; (2) Plaintiff's reply due by January 25, 2022; and (3) hearing date on February 10, 2022 @ 1:00 p.m.[1]

DATED:  December 20, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*

DATED:  December 20, 2021

s/ Justin X. Wang
JUSTIN X. WANG
Attorney
BAUGHMAN & WANG

*Attorney for Plaintiff*

## ORDER (AS MODIFIED)

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the following revised briefing and hearing schedule on Plaintiff's EAJA motion shall apply:  (1) Defendants' response due by January 18, 2022; (2) Plaintiff's reply due by January 25, 2022; and (3) hearing date on February 10, 2022 @ 1:00 p.m. in Oakland - by videoconference only.

IT IS SO ORDERED AS MODIFIED.

DATED:  December 21, 2021

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

THE HON. DONNA M. RYU
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed concur in the filing of this document.